IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 6:14CR00011 |
| MARK COLLINS POWELL | ) |
| Defendant. | ) |

## ORDER

The above captioned case filed in the Statesboro Division of this Court is currently assigned to the Honorable B. Avant Edenfield,

It is hereby ORDERED that this case be reassigned to the undersigned for further plenary disposition.

SO ORDERED this 24th day of October 2022.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia